

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis P.C. | ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| --- | --- | --- | --- | --- |
| 666 Third Avenue | ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| New York, New York 10017 | ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| Tel 212 545-4000 | AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| Fax 212 972-3213 | BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| www.jacksonlewis.com | BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| | BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| | CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| | CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| | DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| | DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| | DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| | DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| | GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4007
EMAIL ADDRESS: JABLCZYL@JACKSONLEWIS.COM

July 7, 2016

**VIA *ECF***

Ronald L. Ellis, United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Jeanette Fernandez v. Mizu For Hair New York, LLC et. al.*
         Civil Action No.: 15-CV-00523 (RA)(RLE)

Dear Judge Ellis:

  We represent Defendants in the above-referenced matter and write jointly with Plaintiff's Counsel pursuant to Your Honor's Order dated June 7, 2016, directing the Parties to advise the Court of the status of mediation by today's date. (DKT 94). The Parties have scheduled a mediation session for July 27, 2016, through JAMS before Mediator Marc Segall.

  After completion of the Parties' July 27, 2016 mediation session, we will promptly update the Court with the outcome.

  Thank you for Your Honor's time in this matter.

         Respectfully Submitted,

         JACKSON LEWIS PC

         /s/*Wendy J. Mellk*

         Wendy J. Mellk

cc: Susan Roberts, Esq. (Counsel for Defendants, via ECF and E-mail)
   Lori A. Jablczynski, Esq. (Counsel for Defendants, via ECF)
   Walker Harman, Esq. (Counsel for Plaintiff, via ECF)